Shane PACK *v.* STATE of Arkansas

CR 98-1358                                                983 S.W.2d 126

Supreme Court of Arkansas
Opinion delivered January 28, 1999

*Clarence W. Cash,* for appellant.

No response.

PER CURIAM. Appellant Shane Pack, by and through his attorney, has filed a motion for belated appeal. His attorney, Clarence W. Cash, admits by motion that the appeal was not timely filed due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.